UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:23-CR-00010-GNS-HBB

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.

SHANTAJA S. HUTCHINS                                                                    DEFENDANT

## ORDER

The above matter having been referred to the U.S. Magistrate Judge who has filed Findings of Fact, Conclusions of Law, and Recommendation (DN 215) regarding Defendant's Motions to Suppress (DN 165, 171, 188), no objections having been filed thereto, and the Court having considered the same:

**IT IS HEREBY ORDERED** that the Findings of Fact, Conclusions of Law, and Recommendation (DN 215) as submitted by the U.S. Magistrate Judge is **ADOPTED**, and Defendant's Motions to Suppress (DN 165, 171, 188) are **DENIED**.

Greg N. Stivers, Chief Judge
United States District Court

February 18, 2025

cc:     counsel of record